IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PINNACLE BIOFUELS, INC.                                              PLAINTIFFS

V.                            Civil No. 1:12-cv-1120

GULF HYDROCARBON, INC. and
GULF HYDROCARBON PARTNERS, Ltd.                                      DEFENDANTS

## ORDER

Before the Court is a Motion for Summary Judgment (ECF No. 18) filed on behalf of Plaintiff Pinnacle Biofuels, Inc.  After the Court filed a Show Cause Order (ECF No. 21), Defendants Gulf Hydrocarbon Inc., and Gulf Hydrocarbon Partners, Ltd., responded.  (ECF No. 22).  However, Defendants failed to file a brief in support of their response or a statement of facts.  On February 11, 2014, the Clerk of the Court filed a Notice of Deficiency directing Defendants to immediately remedy their deficient response.  (ECF No. 23).  Defendants have failed to remedy the deficiency.  Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that Plaintiff's Motion for Summary Judgment (ECF No. 18) should be and hereby is **GRANTED**.  Plaintiff is entitled to judgment in the amount of $867,467.68 plus interest.

**IT IS SO ORDERED**, this 4th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge